UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PIONEER CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG SDI CO., LTD., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SDI AMERICA, INC. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | Civil Action No. 2-06CV-384 (DF) |

**ORDER**

Before the Court is the Stipulation of Dismissal With Prejudice (the "Stipulation") of Plaintiff Pioneer Corporation ("PEC") and Defendants Samsung SDI Co., Ltd. ("SDI"), Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA").

It is hereby **ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1), all claims and counterclaims of PEC, SDI, SEC, and SEA are dismissed with prejudice in the above-captioned action.

It is further **ORDERED** that this Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the terms of the Settlement and Cross-License Agreement, dated March 10, 2009.

It is further **ORDERED** that each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 13th day of July, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE